# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| Jasman & Samira Jasim, | ) | Case No. 11-03594 |
| PLAINTIFF/DEBTOR | ) | Judge: Squires |
| v. | ) | |
| Green Tree Servicing, LLC | ) | |
| DEFENDANT | ) | A.P. No. 11-00387 |

## DEFAULT JUDGMENT ORDER AVOIDING LIEN

At DuPage County Courthouse, Wheaton, Illinois, this 15th day of April, 2011, before the Honorable John H. Squires, Bankruptcy Judge, in the said District and Division.

This cause coming to be heard on the Plaintiff's motion for default judgment, the Court having jurisdiction over the parties and the subject matter being duly advised on the premises, due notice being given to all parties entitled thereto.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. That Judgment be, and hereby is, entered against the Defendants, Green Tree Servicing, LLC junior lien (second mortgage) is hereby avoided, on the Plaintiff's real estate located at 1241 Trinity Drive, Carol Stream, IL, 60188, pursuant to 11 U.S.C. Section 506(a), 1123(b)(5), 1141, 1322(b)(2), and 1327.

2. This order shall become part of Debtor's confirmed Chapter 13 Plan.

3. The secured claim representing the second mortgage lien of Green Tree Servicing, LLC junior lien (second mortgage) on the above property in the

amount of $46,444.84 shall be classified and paid as an unsecured claim for purposes of this Chapter 13 case.

Enter:

_____
United States Bankruptcy Judge

APR 1 5 2011

Attorney for the Debtor
Prepared By : Joseph P. Doyle
Law Offices of Joseph P. Doyle
105 S. Rosello Road, Suite 203
Schaumburg, IL 60193
(Ph): 847-985-1100 (Fax) 847-985-1126